UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL GROUP, LTD. D/B/A JW MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Carlos Amago Castellanos, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 6th day of July 2023.

                                                     s/ Toussaint Cummings, Esq.
                                                   Toussaint Cummings, Esq. (119877)
                                                   toussaint@fairlawattorney.com
                                                   FAIRLAW FIRM
                                                   135 San Lorenzo Avenue
                                                   Suite 770
                                                   Coral Gables, FL 33146
                                                   Tel: (305) 230-4884
                                                   *Counsel for Plaintiff*