UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487

CARLOS AMAGO CASTELLANOS,

     Plaintiff,

vs.

MDM BRICKELL HOTEL
GROUP, LTD. D/B/A JW
MARRIOTT HOTEL MIAMI,

     Defendants.

_____/

## PLAINTIFF'S STATEMENT OF CLAIM

     Plaintiff, Carlos Amago Castellanos, files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

     This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

### *Information Requested by the Court*

     1.    Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

1

2.      Plaintiff prepared this Statement of Claim with the assistance of counsel.

3.      Plaintiff estimates that he is owed approximately $2,757.63, unliquidated.

4.      Plaintiff calculated the amount he estimated he is owed as follows:

   a.   Plaintiff contracted with Defendant to receive $8.00/hour.

   b.   Plaintiff worked from November 19, 2022 to March 17, 2023 (approximate).

   c.   Plaintiff worked 460 hours of overtime during that period.

   d.   Plaintiff was not paid overtime at the half-time rate of $4.00 an hour.

   e.   460 hours OT x $4.00/hour = $1,840.00 owed in overtime.

   f.   Plaintiff's last check was also short by $917.63 (service charge, tips and hourly wages).

   g.   $1840.00 + $917.63 = $2,757.63.

**5.      Plaintiff estimates that he is owed $2,757.63 in unpaid/underpaid overtime wages (unliquidated).**

6.      Plaintiff also seeks liquidated in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

7.      Plaintiff's Statement of Claim is based upon the information currently known and/or available.

8.      Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

9.      This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

10. **Attorneys' Fees and Costs.** As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs:

Costs:                                                                    **$  402.00**

Attorneys' Fees:                                                          **$3,715.00**

    Brian H. Pollock, Esq. ($500.00/hour x 2.6 hours)        $1,300.00

    Toussaint M. Cummings, Esq. ($375.00/hour x 3.8 hours)   $1,425.00

    Bridget Ovando -Paralegal ($150.00/hour x 6.6 hours)     $  990.00

                            **Grand Total:        $4,117.00**

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 19th day of July 2023.

Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

3