UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL GROUP, LTD.
D/B/A JW MARRIOTT HOTEL MIAMI,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Kyle T. Berglin, Esq. of the law firm of BOYD RICHARDS PARKER & COLONNELLI, P.L., hereby gives notice of his appearance as counsel for Defendant, **MDM BRICKELL HOTEL GROUP, LTD. d/b/a JW MARRIOTT HOTEL MIAMI**, and requests that all motions, notices, and other documents filed or served in this action be furnished to the undersigned.

    Respectfully submitted,

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
*Attorneys for Defendant*
100 Southeast 2nd Street, Suite 2600
Miami, Florida 33131
Telephone: (786) 425-1045
Facsimile: (786) 425-3905
Service Email: ServiceMIA@boydlawgroup.com

By: /s/ Kyle T. Berglin
    **Kyle T. Berglin, Esq.**
    Florida Bar No. 84027
    kberglin@boydlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 3, 2023 , I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/Kyle T. Berglin, Esq.
**Kyle T. Berglin, Esq.**

## SERVICE LIST

**Brian H. Pollock, Esq.**
Fairlaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*