UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487-WILLIAMS/REID

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL
GROUP, LTD.D/B/A JW
MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE**

Plaintiff, Carlos Amago Castellanos files the Return of Service on Defendant, MDM BRICKELL HOTEL GROUP, LTD.D/B/A JW MARRIOTT HOTEL MIAMI (served on July 12, 2023).

Dated this 3rd day of August 2023.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:   305.230.4884
                                              *Counsel for Plaintiff*