## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-22487

Plaintiff:
**CARLOS AMAGO CASTELLANOS**

vs.

Defendant:
**MDM BRICKELL HOTEL GROUP, LTD. D/B/A JW MARRIOTT HOTEL MIAMI**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 6th day of July, 2023 at 11:10 am to be served on **MDM BRICKELL HOTEL GROUP, LTD. D/B/A JW MARRIOTT HOTEL MIAMI c/o ALEJANDRO JEREZ, its Registered Agent, 9090 South Dadeland Boulevard, Suite 210, Miami, FL 33156**.

I, Stefany Camejo, do hereby affirm that on the **12th day of July, 2023** at **1:19 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Martha D'azon** as **Executive assistant/designated representative** for **MDM BRICKELL HOTEL GROUP, LTD. D/B/A JW MARRIOTT HOTEL MIAMI**, at the address of: **9090 South Dadeland Boulevard, Suite 210, Miami, FL 33156**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Dark Blonde, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

Stefany Camejo
Certified Process Server #2509

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001193

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c