UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487-WILLIAMS/REID

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL
GROUP, LTD.D/B/A JW
MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

## **SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

    THIS MATTER is set for trial for the week of October 14, 2024. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| November 13, 2023 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| December 11, 2023 | The Parties shall file motions to amend pleadings or join Parties. |

| | |
|---|---|
| March 11, 2024 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 25, 2024 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| April 8, 2024 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| May 13, 2024 | The Parties shall complete all discovery, including expert discovery. |
| May 13, 2024 | The Parties shall complete mediation and file a mediation report with the Court. |
| June 12, 2024 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| July 12, 2024 | The Parties shall file all motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or for any |

9

| | |
|---|---|
| | another reason.  If a favorable ruling on the motion(s) would be case dispositive, however, all such motions must be filed by the dispositive motion deadline. |
| July 12, 2024 | The Parties shall each file one motion *in limine*.  All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| September 30, 2024 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e).  The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| _____, 2024 | The Parties shall submit their deposition designations. |

By: /s/Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

By: /s/Kyle T. Berglin
Florida Bar No.  84027
ServiceMia@boydlawgroup.com
BOYD RICHARDS et al.
100 S. Second Street
Suite 2600
Miami, FL. 33131
Tel: 786.425.1045
*Counsel for Defendant*

10