UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL GROUP, LTD. D/B/A JW MARRIOTT HOTEL MIAMI,

    Defendants.

_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Carlos Amago Castellanos, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 14th day of September, 2023.

                                              s/ Lunar Alvey, Esq.
                                              Lunar Claire Alvey, Esq. (713473)
                                              luna@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel: (305) 230-4884
                                              *Counsel for Plaintiff*