UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL
GROUP, LTD. D/B/A JW
MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies pursuant to SDFL LR 11.1(g) hereby notifies this Honorable Court of her change of addresses and phone number as follows:

Mailing address:  135 San Lorenzo Avenue, Suite 770, Coral Gables, FL. 33146

Email:  luna@fairlawattorney.com

Phone Number:  305-230-4884

Dated this 14th day of September, 2023.

                                                  s/ Lunar Alvey, Esq.
                                                Lunar Claire Alvey, Esq. (713473)
                                                luna@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: (305) 230-4884
                                                *Counsel for Plaintiff*