UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL
HOTEL GROUP, LTD.
D/B/A JW MARRIOTT
HOTEL MIAMI,

    Defendants.
_____/

## MOTION TO WITHDRAW ATTORNEY

Pursuant to SDFL LR 11.1(d)(3), Toussaint Cummings, who formerly represented the Plaintiff in this case, moves to withdraw from this case, and notifies the court that the Plaintiff continues to be represented by counsel at FairLaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146.

Dated September 26, 2023.

    Respectfully Submitted,

*s/ Toussaint Cummings*
Toussaint Cummings
Trial Attorney
Florida Bar No: 119877
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
100 S.E. 2nd Street, Ste 1500
Miami, FL 33131
T: (786) 648-5795
toussaint.cummings@eeoc.gov