UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487-WILLIAMS/REID

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL
GROUP, LTD. D/B/A JW
MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Carlos Amago Castellanos, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement. In light of their settlement, the parties jointly request that the settlement conference currently scheduled for Tuesday, October 10, 2023 at 1:30 p.m. be cancelled.

    Dated this 5th day of October 2023.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com