UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487-WILLIAMS/REID

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL
GROUP, LTD. D/B/A JW
MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**THIS CAUSE** having been heard on the Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**
2. The Settlement Agreement is **APPROVED**.
3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.
4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. The Court shall retain jurisdiction over this case for 30 days to enforce the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Miami, Florida this \_\_\_\_ day of November 2023.

                                            _____
                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*