UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-22487-WILLIAMS/REID

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

vs.

MDM BRICKELL HOTEL GROUP, LTD. D/B/A JW MARRIOTT HOTEL MIAMI,

    Defendants.
_____/

## **JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Lisette M. Reid) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 14th day of November 2023.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Kyle T. Berglin, Esq. |
| Brian H. Pollock, Esq. (174742) | Kyle T. Berglin, Esq. (84027) |
| brian@fairlawattorney.com | kberglin@boydlawgroup.com |
| FAIRLAW FIRM | BOYD, RICHARDS, PARKER & COLONNELLI, P.L. |
| 135 San Lorenzo Avenue | 100 S.E 2nd Street, Suite 2600 |
| Suite 770 | Miami, Florida 33131-2118 |
| Coral Gables, FL 33146 | Tel:   305.468.9564 |
| Tel:   305.230.4884 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |