UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22487-REID

CARLOS AMAGO CASTELLANOS,

    Plaintiff,

v.

MDM BRICKELL HOTEL GROUP, LTD.,
*doing business as* JW Marriott Hotel Miami

    Defendant
_____/

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSING THE CASE WITH PREJUDICE

This matter is before the Court on the Parties' Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. [ECF No. 30]. Having reviewed the motion and conducted a fairness hearing, the Court **APPROVES** the Parties' Settlement Agreement and **GRANTS** the Parties' Joint Motion. [ECF No. 30]. The Court reserves jurisdiction for 30 days to enforce the Settlement Agreement. Attorney's fees and costs shall be paid as provided for in the Parties' Settlement Agreement. All pending Motions are **DENIED AS MOOT**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** the file.

**DONE AND ORDERED** this 8th day of December 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE